# IN THE UNITED STATED DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Atemafac Amingwa,

               Petitioner,

v.

United States Citizenship and Immigration Services,

               Respondent.

CV 20-02119-PHX-MHB

**ORDER**

The Court's review of the record reveals that Respondent has not been served. Under Federal Rule of Civil Procedure 4(m), if a summons and complaint are not served upon a defendant within 90 days after filing, the court shall, after notice to the plaintiff, either dismiss the action or, if the plaintiff shows good cause for the failure, direct that service be effected within a specified time. Accordingly, Petitioner has 10 days from the date of this Order to show cause why this action should not be dismissed.

IT IS ORDERED that no later than ten (10) days from the date of this order, Petitioner shall show cause why this matter should not be dismissed for failure to serve pursuant to Fed.R.Civ.P. 4(m).

Dated this 1st day of April, 2021.

_____
Honorable Michelle H. Burns
United States Magistrate Judge